Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY SHIPLEY,<br><br>Defendant. | NO. MJ20-349MLP<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO SEEK AN INDICTMENT |

This Court having considered the Motion of the United States and General Orders 01-20, 02-20, 03-20, and 08-20 suspending the grand jury proceedings from March 9, 2020, through July 31, 2020, as one measure to reduce the spread and health risks from COVID-19, hereby

FINDS that pursuant to 18 U.S.C. § 3161(h)(7), that the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. Therefore,

IT IS ORDERED that the deadline to indict Defendant Cody Shipley in this matter is hereby extended to August 31, 2020.

DATED this 7 day of July, 2020.

_TSUCHIDA_ for
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:
/s/ Thomas Woods
THOMAS WOODS
Assistant United States Attorney

ORDER EXTENDING TIME TO SEEK AN INDICTMENT- 1
*United States v. Cody Shipley;* MJ20-349MLP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970