THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CODY R. SHIPLEY, ) <br> ) <br> Defendant. ) <br> ) | No. CR20-104-JLR <br><br> ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO OR TELEPHONE CONFERENCE |

THE COURT has considered the unopposed motion to proceed with a guilty plea hearing by video or telephone conference, all the records in this case, and the General Orders currently in effect.

THE COURT FINDS that the circumstances as set forth in the defense's motion warrant a guilty plea hearing by video, and that the hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the unopposed motion.

THE COURT NOW ORDERS that the parties may proceed with a plea hearing by video/telephone conference, consistent with current procedures established by this Court, and directs the parties to consult with one another and the Court to schedule such

ORDER TO PROCEED WITH GUILTY PLEA
HEARING BY VIDEO OR TELEPHONE
CONFERENCE
(*Cody Shipley*, CR20-104-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

a hearing before a Magistrate Judge at a mutually acceptable date and time.

DATED this 28th day of August, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Cody Shipley

ORDER TO PROCEED WITH GUILTY PLEA
HEARING BY VIDEO OR TELEPHONE
CONFERENCE
(*Cody Shipley*, CR20-104-JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**