THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-104-JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING EX PARTE MOTION TO WITHDRAW AND TO APPOINT SUBSTITUTE CJA COUNSEL |
| CODY R. SHIPLEY, | ) | |
| Defendant. | ) | |

THE COURT has considered the Ex Parte Motion to Withdraw as Counsel and for Appointment of New Counsel, the accompanying Ex Parte Declaration, and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Corey Endo is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent Cody Shipley from the CJA panel.

DATED this 7th day of December 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender

ORDER TO WITHDRAW AND TO APPOINT
CJA COUNSEL
(*Cody Shipley*, CR20-104-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100